IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JABRIL LAWSON,<br>    PLAINTIFF<br><br>v.<br><br>TRANS UNION LLC, CHEX SYSTEMS, AND<br>EXPERIAN INFORMATION SOLUTIONS LLC<br>    DEFENDANTS | CASE No. 2:24-cv-02514-MAK |

_____

**PLAINTIFF'S OPPOSITION TO DEFENDANT CHEX SYSTEMS
MOTION FOR EXTENSION OF TIME [43]**
_____

### I.    INTRODUCTION

1. Plaintiff, Jabril Lawson, respectfully submits this opposition to Defendant Chex Systems Motion for Extension of Time, on behalf of Experian and Transunion as well. Plaintiff respectfully requests that the Court deny the motion and uphold the deadline of September 6th, 2024, as previously ordered by the Court.

### II.    BACKGROUND

2. On August 16th, 2024, Plaintiff notified all Defendants' via email of the filing of his amended complaint, which was attached to the email.

3. Plaintiff did not receive any objections to his amended complaint, during his communication via email, so he proceeded with the filing.

4. Plaintiff filed his amended complaint with the Court on August 22nd, 2024, and it was granted the next day.

5. On August 23rd, 2024, the Court issued an order directing Defendants' to file an answer to the amended complaint no later than September 6th, 2024.

### III.     ARGUMENTS AGAINST THE MOTION

*Timeliness of the Motion*

6. The motion for an extension was filed on September 3, 2024, just three days before the deadline.

7. Such a last-minute request disrupts the efficient progression of the case and should not be entertained.

*Sufficient Time Provided*

8. Defendants' have had almost two weeks from the filing of the amended complaint on August 22nd, 2024, to prepare their response.

9. The Court set a clear and reasonable deadline, and Defendants' have had ample opportunity to meet it.

*Prejudice to Plaintiff*

10. Granting the extension would cause unnecessary delays and inconvenience to Plaintiff.

11. Further postponement could adversely impact the scheduling of subsequent proceedings and the overall case timeline.

*Lack of Clarity Regarding Inclusion of All Defendants*

12. Chex Systems was the only counsel to reach out and request more time. No other defendants or their counsel have communicated similar requests or indicated any need for additional time.

13. Plaintiff had no indication from Chex System's communications that the motion for an extension of time was intended to apply to all defendants.

14. Chex System's communications only referred to Chex Systems specifically. Counsel for Chex Systems used the words "our response" in their request, clearly indicating that the extension was for Chex Systems alone and not for all parties involved.

15. Chex system's email regarding the motion was unclear and did not specify that the request was for all parties involved.

### IV. CONCLUSION

16. For the reasons stated above, Plaintiff respectfully requests that the Court DENY Defendant Chex Systems Motion for an Extension of Time and enforce the original deadline of September 6th, 2024, on all Defendants.

Dated: September 3rd, 2024

Respectfully Submitted,

By: *[signature]*

Jabril Lawson Pro Se Plaintiff
260 Green Ave.
Lansdowne, PA 19050
(267) 838-2010
Jabrilllawson2@gmail.com