**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JABRIL LAWSON, | ) | CASE NO.  2:24-cv-02514-MSG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TRANS UNION, LLC; CREDIT KARMA, | ) | |
| TURO, INC; CHEX SYSTEMS; and | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff Jabril Lawson and Defendant Trans Union, LLC ("Trans Union") by and through their undersigned counsel, respectfully advise the Court that Plaintiff and Trans Union have reached a settlement agreement in the above-captioned case.  At present, Plaintiff and Trans Union are finalizing and executing the settlement and dismissal documents, which should be completed within 45 days.  Upon execution and completion of the settlement, Plaintiff will file the appropriate dismissal documents with the Court.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/Jabril Lawson
Jabril Lawson
26 Green Avenue
Lansdowne, PA  19060
(267) 838-2010
Jabrillawson2@gmail.com

*Pro Se* Plaintiff

By: /s/ *Graeme E. Hogan*
Graeme E. Hogan (PA ID No. 319656)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
(215) 665-8700
graeme.hogan@bipc.com
*Counsel for Defendant Trans Union, LLC*

Dated: September 20, 2024

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I caused a copy of the foregoing Notice of Settlement to be electronically filed with the Clerk via CM/ECF.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

*s/ Graeme E. Hogan*
Graeme E. Hogan
*Counsel for Defendant Trans Union, LLC*